589

433 A.2d 551

Commonwealth v. Fenton, Appellant.

Petition for Allowance of Appeal Denied Aug. 12, 1981.

Submitted February 23, 1981. Douglas M. Johnson, Assistant Public Defender, for appellant; Ronald T. Williamson, Assistant District Attorney, for Commonwealth, appellee.

Before SPAETH, JOHNSON and WIEAND, JJ.

The judgment of sentence of the lower court is affirmed.

433 A.2d 551

Commonwealth v. Foley, Appellant.

Submitted September 11, 1980. James A. Swetz, for appellant; James P. Gregor, Assistant District Attorney, for Commonwealth, appellee.

Before SPAETH, HESTER and CAVANAUGH, JJ.

Judgment of sentence affirmed.